UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-cv-61357

ROBERTO GONZALEZ,

    Plaintiff,

vs.

BAKERY HOLDINGS, LLC, and
ETHAN'S BAKERY & CAFÉ, INC. d/b/a
STORK'S BAKER & COFFEE HOUSE,

    Defendants.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, ROBERTO GONZALEZ, and Defendant, BAKERY HOLDINGS, LLC, and ETHAN'S BAKERY & CAFÉ, INC. d/b/a STORK'S BAKER & COFFEE HOUSE, by and through the undersigned counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the immediate dismissal of the above referenced action with prejudice, as the parties have amicably settled this matter.

AGREED and STIPULATED on this 7th day of September, 2016.

| | |
|---|---|
| /s/ Mark D. Cohen | /s/ Norman Elliott Kent |
| Mark D. Cohen, Esquire | Norman Elliot Kent, Esquire |
| Florida Bar No. 347345 | Florida Bar No. 271969 |
| /s/ Jaci R. Mattocks | **THE LAW OFFICES OF KENT &** |
| Jaci R. Mattocks, Esquire | **CORMICAN, P.A.** |
| Florida Bar No. 115765 | 12 SE 7th Street, Suite 709 |
| **J & M ADVOCACY GROUP, LLC** | Fort Lauderdale, FL 33301 |
| 4651 Sheridan Street, Suite 301 | Telephone: (954) 763-1900 |
| Hollywood, FL 33021 | Email: norm@normkent.com |
| Telephone: (954) 962-1166 | *Counsel for Defendant* |
| Facsimile: (954) 962-1779 | |
| Email: service@jmadvocacygroup.com | |
| *Counsel for Plaintiff* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of September, 2016, a true and correct copy of the foregoing document is being filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

**J & M Advocacy Group, LLC**
*Attorney for Plaintiff*
4651 Sheridan Street, Suite 301
Hollywood, FL 33021
Telephone: (954) 962-1166
Facsimile: (954) 962-1779
Email: service@jmadvocacygroup.com

By: */s/ Mark D. Cohen*_____
Mark D. Cohen, Esquire
Florida Bar No. 347345